```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07844
    DAWN V CHERRY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6580

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2006 and was confirmed 11/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 09/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED                 .00          .00           .00
GALWAY FINANCIAL SVC LLC  UNSECURED            585.00          .00           .00
US BANK NATIONAL ASSOC    CURRENT MORTG           .00          .00           .00
US BANK NATIONAL ASSOC    MORTGAGE ARRE           .00          .00           .00
CITIFINANCIAL AUTO CREDI  UNSECURED        NOT FILED          .00           .00
HSBC MORTGAGE SERVICES    CURRENT MORTG           .00          .00           .00
HSBC MORTGAGE SERVICES    MORTGAGE ARRE       3736.08          .00       2731.47
CAPITAL FIRST BANK        NOTICE ONLY      NOT FILED          .00           .00
CBUSASEARS                UNSECURED        NOT FILED          .00           .00
CHASE MANHATTAN MTG CORP  UNSECURED        NOT FILED          .00           .00
CITI AUTO                 UNSECURED        NOT FILED          .00           .00
COMED                     UNSECURED        NOT FILED          .00           .00
CREDIT PROTECTION         UNSECURED        NOT FILED          .00           .00
CREDIT INTERNATIONAL C    NOTICE ONLY      NOT FILED          .00           .00
FIELDSTONE MORTGAGE       NOTICE ONLY      NOT FILED          .00           .00
FIELDSTONE MORTGAGE       NOTICE ONLY      NOT FILED          .00           .00
FIRST PREIMER BANK        UNSECURED        NOT FILED          .00           .00
PREMIER BANCARD CHARTER   UNSECURED           278.07          .00           .00
GEMB/JC PENNEY            NOTICE ONLY      NOT FILED          .00           .00
HARVARD COLLECTION SERVI  NOTICE ONLY      NOT FILED          .00           .00
HSBC MORTGAGE SERVICES    UNSECURED        NOT FILED          .00           .00
MERCURY FINANCE CO        NOTICE ONLY      NOT FILED          .00           .00
NGBL CARSONS              UNSECURED        NOT FILED          .00           .00
NICOR GAS                 UNSECURED        NOT FILED          .00           .00
NICOR GAS                 NOTICE ONLY      NOT FILED          .00           .00
NICOR GAS                 UNSECURED          2028.68          .00           .00
NISSAN MOTOR ACCEPTANCE   UNSECURED        NOT FILED          .00           .00
MCSI                      UNSECURED           500.00          .00           .00
RMI/MCSI                  UNSECURED        NOT FILED          .00           .00
S & S LENDING INC         UNSECURED        NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED           602.35          .00           .00
UNITED AUTO CREDIT        NOTICE ONLY      NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07844 DAWN V CHERRY
```

```
SHORT TERM LOANS            UNSECURED           200.00              .00              .00
JEFFERSON CAPITAL SYSTEM    UNSECURED          3134.34              .00              .00
STEVEN A LEAHY              DEBTOR ATTY       1,626.00                          1,626.00
TOM VAUGHN                  TRUSTEE                                               278.85
DEBTOR REFUND               REFUND                                                   .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 4,636.32

PRIORITY                                                 .00
SECURED                                             2,731.47
UNSECURED                                                .00
ADMINISTRATIVE                                      1,626.00
TRUSTEE COMPENSATION                                  278.85
DEBTOR REFUND                                            .00
                        ---------------        ---------------
TOTALS                  4,636.32                    4,636.32
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                    /s/ Tom Vaughn
   Dated: 12/27/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE